RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                           E-FILED
701 Bridger Ave
Suite 820
Las Vegas, NV 89101
(702) 853-4500

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

IN RE:                                                          CASE NO: BKS-09-23449-MKN
BEATRIZ WACH
                                                                CHAPTER 13

                                                                Hearing Date:   November 24, 2009
                                                                Hearing Time:   1:30 pm

SANCHEZ LAW GROUP LTD
Attorney for the Debtor

### TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #2
### COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL

The Trustee herein, Rick A. Yarnall, hereby objects to confirmation of Plan and hereby represents the following:

The debtor(s) filed for Chapter 13 relief on 07/27/2009. The 341(a) Meeting of Creditors held on September 14, 2009 at 2:00 pm was:

- concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- The Trustee objects to the exemption(s) claimed [B.R.4003(b)]. As a result of the objection, the proposed Plan may fail to meet liquidation value [11 USC 1325 (a)(4)]. HOME CLAIMED AS EXEMPT NOT RESIDENCE
- Other: Trustee objects that plan distribution is not equal monthly payments pursuant to 11 U.S.C. §1325(a)(5)(B); Attorney to file Fee Application to establish basic service fees; Attorney to file 506(a) motion for collateral valuation prior to confirmation hearing; Objection to §6.02-6.10 as it does not comply with 11 U.S.C. §1325(a)(1);
- Amendment to B22(c): Rental income received
- The debtor(s) has failed to cooperate with the Trustee [11 USC 521 (3)] as the following document(s) were not provided:
    - Tax returns: 2005-2008 (non-filing spouse returns)
    - Other: Tender copies of all insurance policies to reflect Rick Yarnall, Trustee as loss payee beneficiary; copy of most recent mortgage statement;
- Plan Terms Incomplete: Sec 2.13.1
- Plan - Other issues: Objection to the alteration of standard language in Sec 5.03 in contradiction of statement that the verified statement that preprinted text of plan form as not been altered other than any changes stated in Sec 6.02

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00 per quarter the case is pending.

Dated: November 19, 2009

/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: wenszellg              Page 1 of 1                   Date Rcvd: Nov 20, 2009
Case: 09-23449                Form ID: pdf891              Total Noticed: 20

The following entities were noticed by first class mail on Nov 22, 2009.
db           +BEATRIZ WACH,    3906 CHASEWOOD,    CRESTWOOD, KY 40014-9509
cr           +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
5314126       AMERICAN EXPRESS BANK FSB,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN  PA 19355-0701
5029718      +Americas Servicing Co,    Acct No 1061205201243,    7485 New Horizon Way,
               Frederick, MD 21703-8388
5029719      +Amex,    Acct No -3499914831947833,    P.O. Box 981537,    El Paso, TX 79998-1537
5295012      +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
               NORCROSS, GA 30091-5155
5029720      +Cap One,    Acct No 486236250915,    Po Box 85520,    Richmond, VA 23285-5520
5029721      +Chase,    Acct No 418586630653,    Po Box 15298,    Wilmington, DE 19850-5298
5343334       Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
5170453      +HSBC BANK NEVADA, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
5387505      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
5029723      +Hsbc Bank,    Acct No 601138003521,    Po Box 5253,    Carol Stream, IL 60197-5253
5029724       Hsbc Bank,    Acct No 350119222714,    Po Box 52530,    Carol Stream, IL 60196
5029725      +Hsbc/Bstby,    Acct No 169601-0013693650,    1405 Foulk Road,    Wilmington, DE 19803-2769
5157245       Merrick Bank,    c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5029726      +Merrick Bank,    Acct No 4120613050678751,    Po Box 5000,    Draper, UT 84020-5000
5236628      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
               NORFOLK VA 23541-0914
5120161      +US BANK C/O,    AMERICA'S SERVICING CO,    ONE HOME CAMPUS,    DES MOINES, IA 50328-0001
5029727      +Wells Fargo Card Services,    Acct No 897029620,    PO Box 10347,    Des Moines, IA 50306-0347

The following entities were noticed by electronic transmission on Nov 20, 2009.
5029722      +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2009 06:25:38      Gemb/Sams Club,
               Acct No 771411006565,    Po Box 981400,    El Paso, TX 79998-1400
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            US BANK
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2009**          **Signature:**  _Joseph Speetjens_